UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JANSSEN PHARMACEUTICALS, INC.,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **MYLAN LABORATORIES LTD.,** <br><br> Defendant. | Civil Action No. 20-13103 (GC)(LHG) <br> (consolidated) <br><br><br> **AMENDED PRETRIAL** <br> **SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court for a telephonic conference on June 15, 2022; Keith J. Miller, Esq., of Robinson Miller LLC, and Barbara Lynn Mullin, and Lachlan Campbell-Verduyn, Esqs., of Patterson Belknapp Webb & Tyler LLP, appearing on behalf of Plaintiffs; Arnold B. Calmann, Esq., and Katherine Ann Escanlar, Esq., of Saiber LLC, and Lance A. Soderstrom, Deepro R. Mukerjee, and Jillian M. Schurr, Esqs., of Katten Muchin Rosenman LLP, appearing on behalf of the Defendant; the Court having set certain deadlines during the conference with the participation of counsel; and for good cause shown,

  **IT IS** on this **27th** day of **July, 2022,**

  **ORDERED** that the parties are to file any motion *in limine* by no later than 45 days before trial, which is currently scheduled before the Honorable Georgette Castner, U.S.D.J. on October 3, 2022, and the motions are to be fully briefed by no later than 30 days before trial; and it is further

  **ORDERED** that the parties' tutorial before Judge Castner, currently scheduled for September 8, 2022, is limited to 1 hour per each side.

                /s/ Lois H. Goodman
                **LOIS H. GOODMAN**
                **United States Magistrate Judge**