IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC., et. al  Plaintiff,  v.  MYLAN LABORATORIES LIMITED  Defendant. | CV20-13103(GC) |

## NOTICE TO THE PARTIES

It has come to my attention that I own stock in Johnson & Johnson. My ownership of this stock has not affected or impacted any decision in this case.

Canon 3C(1)(c) of the Code of Conduct for United States Judges provides that a "judge shall disqualify . . . in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which: . . . the judge knows that the judge . . . has a financial interest in . . . a party to the proceeding . . . ." Accordingly, I recuse from this action.

The Clerk of the Court is DIRECTED to randomly reassign this case.

DONE this 27th day of September, 2022.

_Georgette Castner_
**GEORGETTE CASTNER, U.S.D.J.**