<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN LABORATORIES LIMITED, <br><br> Defendant. | Civil Action No. 20cv13103 (EP) (LHG) <br><br> **ORDER** |

The parties having each moved *in limine* to, and the Court having heard oral argument, and for the reasons and to the extent set forth on the record on October 20, 2022,

IT IS, on this 20th day of October, 2022,

ORDERED that the pending motions in limine (D.E.s 80, 81) are DENIED.

_____
Evelyn Padin, U.S.D.J.