UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: EVELYN PADIN                                        Date:    3/16/2023
Court Reporter: SARA KILLIAN                               Docket No: 2:20-CV-13103

<u>Title of the Case:</u>

JANSSEN PHARMACEUTICALS, INC
v.
MYLAN LABORATORIES LIMITED et al

<u>Appearances</u>:

Keith J. Miller, Barbara Mullin, Aron Fischer, Joyce Nadipuram, Jay Cho, Lachlan

Campbell-Verduyn,, A Robert Quirk Cohen, **Attorneys for Plaintiffs**

Deepro Mukerjee, Jillian Schurr, Lance Soderstrom, **Attorneys for Defendant**

<u>Nature of Proceedings</u>: **Trial without Jury continued at 1:04pm**

Closing Arguments being with A. Fischer from Janssen addressing infringement
D. Mukerjee from Mylan responds to A. Fischer
A. Fischer's rebuttal on behalf of Janssen
D. Mukerjee response to Janssen
A. Mullin on behalf of Janssen closes
DECISION RESERVED

Trial completed at 4:52pm.

Commenced: 1:04 pm
Concluded: 4:52 pm

<u>Briana Townsend</u>, Courtroom Deputy
to the Honorable Evelyn Padin, U.S.D.J.