**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PHARMACEUTICALS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MYLAN LABORATORIES LTD.,<br><br>    Defendant. | No. 20cv13103 (EP) (LDW)<br><br>**ORDER** |

Plaintiffs Janssen Pharmaceutica NV ("JPN"), Janssen Pharmaceuticals, Inc. ("JPI"), and Janssen Research & Development, LLC ("JRD," collectively "Janssen") commenced this action against Defendant Mylan Laboratories LTD ("Mylan"). Janssen alleges that Mylan's abbreviated new drug application ("ANDA") nos. 212290, 215682, and 216228 ("Mylan's Proposed ANDA Products"), infringe upon JPN's U.S. Patent No. 10,143,693 (the "693 Patent"), specifically Claims 5-7 and 9-14 (the "Asserted Claims"). Mylan argues that the Asserted Claims are invalid. The Court having held a bench trial on November 16 and 30 and December 1, 5, 6, 7, 8, and 9, 2022, having entertained closing arguments on March 16, 2023, and having considered the parties' post-trial briefing and weighed all credible testimony and other evidence in the record as well as all other relevant docket entries,

**IT IS**, on this **15TH** day of May, 2023, for the reasons set forth in the accompanying Opinion,

**ORDERED and ADJUDGED** that Janssen has demonstrated that Mylan's Proposed ANDA Products will induce direct infringement of the 693 Patent; and it is further

**ORDERED and ADJUDGED** that Mylan has failed to demonstrate that the Asserted Claims are invalid; and it is further

**ORDERED** that the parties are directed to submit a joint proposed form of judgment consistent with this Order and the accompanying Opinion within 7 days of this Order; and it is further

**ORDERED** that an unredacted version of this Court's Opinion shall be filed under temporary seal and emailed separately to the parties, and the parties shall submit a joint, proposed redacted version of the Court's Opinion, as well as a statement of reasons as to why each redaction is necessary, within 7 days of this Order.

*Evelyn Padin*
Evelyn Padin, U.S.D.J.